# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marvel, L Paige | United States Tax Court | 08/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street, NW
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marvel, L Paige | 08/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2020 | National Financial Services (Fidelity Investments) distribution |
| 2. 2020 | Fidelity IRA distribution |
| 3. 2020 | RBC IRA distribution |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 33% pship.interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | | None | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | L | T | | | | | |
| 7. RBC Brokerage Acct. (H): | | | | | | | | | |
| 8. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 9. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 10. -Common, Exxon Mobil Corp. | C | Dividend | K | T | | | | | |
| 11. -Common, Fresenius Med Care Aktiengesellschaft ADR | | | | | Closed | 12/18/20 | J | | |
| 12. -Shares, Johnson Controls Intl. PLC | A | Dividend | J | T | | | | | |
| 13. -Common, Medtronic PLC | A | Dividend | K | T | | | | | |
| 14. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 15. -Shares, PNC Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 16. -Shares, TE Connectivity Ltd. | A | Dividend | L | T | | | | | |
| 17. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 19.  -Share, Viatris Inc. | A | Dividend | | | Spinoff (from line 14) | 11/18/20 | J | | |
| 20. | | | | | Closed | 12/18/20 | J | | |
| 21.  -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Dividend | J | T | Sold (part) | 01/25/20 | J | | |
| 22. | | | | | Sold (part) | 02/26/20 | J | | |
| 23. | | | | | Sold (part) | 03/24/20 | J | | |
| 24. | | | | | Sold (part) | 05/18/20 | J | | |
| 25. | | | | | Sold (part) | 05/21/20 | J | | |
| 26. | | | | | Sold (part) | 08/25/20 | J | | |
| 27. | | | | | Sold (part) | 09/26/20 | J | | |
| 28. | | | | | Sold (part) | 10/26/20 | J | | |
| 29. | | | | | Sold (part) | 11/24/20 | J | | |
| 30. | | | | | Sold (part) | 12/29/20 | J | | |
| 31.  Fidelity Taxable Account (H): | | | | | | | | | |
| 32.  -T. Rowe Price Growth Stock Fund | C | Distribution | M | T | Sold (part) | 03/26/20 | J | | |
| 33. | | | | | Sold (part) | 05/26/20 | J | | |
| 34. | | | | | Sold (part) | 09/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T. Rowe Price State Tax Free Inc. MD | A | Dividend | J | T | | | | | |
| 36. -Fresenius Medical Care AG & CO | | None | J | T | Open | 12/18/20 | J | | |
| 37. | | | | | Donated (part) | | | | |
| 38. -Common, Viatris Inc. | | None | J | T | Open | 12/18/20 | J | | |
| 39. -Fidelity Government Money Market Fund | A | Dividend | J | T | Redeemed (part) | 05/26/20 | J | | |
| 40. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 41. | | | | | Buy (add'l) | 05/27/20 | J | | |
| 42. | | | | | Redeemed (part) | 07/07/20 | J | | |
| 43. | | | | | Redeemed (part) | 09/20/20 | J | | |
| 44. | | | | | Buy (add'l) | 09/09/20 | J | | |
| 45. | | | | | Redeemed (part) | 09/10/20 | J | | |
| 46. | | | | | Redeemed (part) | 10/09/20 | J | | |
| 47. Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 48. -Fidelity 500 Index Premium Class | B | Dividend | M | T | Sold (part) | 01/21/20 | J | C | |
| 49. | | | | | Sold (part) | 06/04/20 | J | C | |
| 50. -Fidelity Contrafund | D | Distribution | M | T | Sold (part) | 01/21/20 | J | C | |
| 51. | | | | | Distributed (part) | 04/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Distributed (part) | 06/08/20 | J | | |
| 53. | | | | | Sold (part) | 07/15/20 | J | C | |
| 54.  -Fidelity Equity Income | B | Distribution | L | T | Sold (part) | 03/26/20 | J | A | |
| 55. | | | | | Sold (part) | 07/16/20 | J | A | |
| 56.  -Fidelity New Millenium | B | Distribution | K | T | Sold (part) | 11/13/20 | J | | |
| 57.  -Fidelity Low Priced Stock | D | Distribution | M | T | Distributed (part) | 04/29/20 | J | | |
| 58.  -Fidelity Select Med Technology & Devices | B | Distribution | K | T | Distributed (part) | 04/29/20 | J | | |
| 59.  -Fidelity Select Biotechnology | E | Distribution | M | T | Distributed (part) | 06/08/20 | J | | |
| 60.  -T. Rowe Price Comm & Technology Investor | B | Distribution | K | T | Distributed (part) | 04/29/20 | J | | |
| 61.  -T. Rowe Price Health Sciences | D | Distribution | M | T | | | | | |
| 62.  -Primecap Odyssey Growth Fund | B | Distribution | K | T | Distributed (part) | 04/29/20 | J | | |
| 63.  -T Rowe Price Cap Appreciation | D | Distribution | M | T | | | | | |
| 64.  -T Rowe Price Equity Income | B | Distribution | L | T | Sold (part) | 03/06/20 | J | C | |
| 65. | | | | | Sold (part) | 07/16/20 | J | B | |
| 66.  -T Rowe Price Equity Index 500 Fund | B | Distribution | M | T | Sold (part) | 01/21/20 | J | C | |
| 67. | | | | | Sold (part) | 06/04/20 | J | C | |
| 68.  -T Rowe Price Intl Discovery Fund | D | Distribution | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -T Rowe Price New Asia | B | Distribution | K | T | | | | | |
| 70.   -T Rowe Price Emerging Markets Stock | A | Dividend | L | T | | | | | |
| 71.   -T Rowe Price New Horizons FD Inc. | D | Distribution | L | T | | | | | |
| 72.   -T Rowe Price Small Cap Value Fund | B | Dividend | L | T | | | | | |
| 73.   -T Rowe Price Mid Cap Value | B | Distribution | K | T | | | | | |
| 74.   -Wasatch Ultra Growth | B | Distribution | K | T | Distributed<br>(part) | 05/08/20 | J | | |
| 75.   -Wasatch International Growth | | None | | | Sold<br>(part) | 01/21/20 | J | B | |
| 76. | | | | | Sold<br>(part) | 02/27/20 | J | B | |
| 77. | | | | | Sold | 03/27/20 | J | | |
| 78.   -Fidelity New Markets Income | B | Dividend | K | T | | | | | |
| 79.   -Fidelity GNMA Fund | A | Dividend | K | T | | | | | |
| 80.   -Fidelity Total Bond | C | Dividend | M | T | Buy<br>(add'l) | 12/01/20 | K | | |
| 81.   -Loomis Sayles Bond Retail | B | Dividend | K | T | | | | | |
| 82.   -T Rowe Price High Yield Bond | B | Dividend | K | T | | | | | |
| 83.   -T Rowe Price Emerging Markets Bond Fund | B | Dividend | K | T | | | | | |
| 84.   -Vanguard Inflation Protected Secs Inv | A | Dividend | K | T | | | | | |
| 85.   -ARK EFT TR Innovation EFT | | None | K | T | Buy | 05/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -ARK EFT TR Genomic REV ETF | | None | J | T | Buy | 12/09/20 | J | | |
| 87. -Invesco QQQ TR Unit SER 1 | A | Dividend | K | T | | | | | |
| 88. -Wisdomtree TR Emerging MKTS High | | None | | | Sold | 03/30/20 | J | | |
| 89. -Shares Berkshire Hathaway Inc. CL B | | None | L | T | Distributed<br>(part) | 06/08/20 | J | | |
| 90. -Common, Intexon Corp.(name changed to<br>Precigen, Inc. on 2/3/30) | | None | J | T | | | | | |
| 91. -Fidelity Cash Reserves | A | Dividend | K | T | Sold<br>(part) | 01/03/20 | K | | |
| 92. | | | | | Sold<br>(part) | 01/15/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 01/21/20 | K | | |
| 94. | | | | | Sold<br>(part) | 02/14/20 | J | | |
| 95. | | | | | Sold<br>(part) | 02/19/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 98. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 99. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 101. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 102. | | | | | Sold<br>(part) | 04/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 04/29/20 | J | | |
| 104. | | | | | Sold<br>(part) | 05/08/20 | J | | |
| 105. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 106. | | | | | Sold<br>(part) | 05/20/20 | J | | |
| 107. | | | | | Sold<br>(part) | 05/22/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 109. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 110. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 111. | | | | | Sold<br>(part) | 06/15/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 113. | | | | | Buy | 07/16/20 | J | | |
| 114. | | | | | Sold<br>(part) | 08/14/20 | J | | |
| 115. | | | | | Sold<br>(part) | 09/15/20 | J | | |
| 116. | | | | | Sold<br>(part) | 10/15/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 118. | | | | | Sold<br>(part) | 12/01/20 | K | | |
| 119. | | | | | Sold<br>(part) | 12/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/15/20 | J | | |
| 121.  Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 122.  -Atlas Corp | A | Dividend | J | T | Open | 02/28/20 | J | | |
| 123.  -Common, Apple Inc. | A | Dividend | J | T | | | | | |
| 124.  -Common, Berkshire Hathaway | | None | M | T | Distributed (part) | 05/22/20 | J | | |
| 125.  -Shares, Seaspan Corporation | A | Dividend | | | Merged (with line 122) | 02/28/20 | J | | |
| 126.  -IShares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | Distributed (part) | 05/22/20 | J | | |
| 127.  -Invesco QQQ Trust Unit Ser. 1 | A | Dividend | J | T | | | | | |
| 128.  -Vanguard Index FDS Vanguard Small Cap | A | Dividend | K | T | Distributed (part) | 05/22/20 | J | | |
| 129.  -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 130.  Fidelity Roth IRA (opened 4/29/20) (H): | | | | | | | | | |
| 131.  -Fidelity Contrafund | A | Distribution | J | T | Open | 04/29/20 | J | | |
| 132. | | | | | Open | 06/08/20 | J | | |
| 133.  -Fidelity Low Priced Stock | A | Distribution | J | T | Open | 04/29/20 | J | | |
| 134.  -Fidelity Select Med Technology & Devices | A | Distribution | J | T | Open | 04/29/20 | J | | |
| 135.  -Fidelity Select Biotechnology | A | Distribution | J | T | Open | 06/08/20 | J | | |
| 136.  -T Rowe Price Comm & Technology Investor | A | Distribution | J | T | Open | 04/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Primecap Odyssey Growth Fund | A | Distribution | J | T | Open | 04/29/20 | J | | |
| 138. -Wasatch Ultra Growth | A | Distribution | J | T | Open | 05/08/20 | J | | |
| 139. | | | | | Sold (part) | 05/12/20 | J | B | |
| 140. -ARK ETF TR Innovation ETF | A | Distribution | K | T | Buy | 05/14/20 | J | | |
| 141. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 142. -IShares TR Nasdaq Biotech | A | Dividend | J | T | Open | 05/22/20 | J | | |
| 143. -Vanguard Small Cap Index Fund | A | Dividend | J | T | Open | 05/22/20 | J | | |
| 144. -Common, Berkshire Hathaway Inc. CL B | | None | J | T | Open | 05/22/20 | J | | |
| 145. | | | | | Open | 06/08/20 | J | | |
| 146. -Fidelity Government Money Market | A | Dividend | J | T | Buy | 05/12/20 | J | | |
| 147. | | | | | Sold (part) | 05/14/20 | J | | |
| 148. | | | | | Buy (add'l) | 06/08/20 | J | | |
| 149. Vanguard Brokerage Acct. (H): | | | | | | | | | |
| 150. -Shares, ARK Innovation ETF | A | Distribution | J | T | Buy | 06/02/20 | J | | |
| 151. -Shares, Adient PLC | | None | | | Sold | 05/28/20 | J | | |
| 152. -Shares, Centerpoint Energy Inc. | A | Dividend | | | Sold | 05/28/20 | J | | |
| 153. -Shares, Nvent Electric PLC | A | Dividend | | | Sold | 05/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Shares, Pentair PLC | A | Dividend | | | Sold | 05/28/20 | J | B | |
| 155. -Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/01/20 | J | | |
| 156. | | | | | Sold<br>(part) | 06/02/20 | J | | |
| 157. Vanguard Rollover IRA (H): | | | | | | | | | |
| 158. -Shares, Dividend Growth Fund | C | Distribution | M | T | | | | | |
| 159. -Shares Vanguard High Yield Corp | | None | J | T | Buy | 12/02/20 | J | | |
| 160. -Shares, Wellesley Income Fund | B | Distribution | L | T | | | | | |
| 161. -ARK Innovation ETF | A | Dividend | J | T | Buy | 10/14/20 | J | | |
| 162. -Shares, Vanguard Information Technology ETF | A | Dividend | L | T | | | | | |
| 163. -Vanguard Federal Money Market Fund | A | Dividend | J | T | Sold<br>(part) | 12/02/20 | J | | |
| 164. Fidelity Joint Brokerage Acct. (H): | | | | | | | | | |
| 165. -Global X FDS RBTCS ARTFL INTE | A | Dividend | J | T | Buy | 01/08/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 167. -Common, Apple, Inc. | B | Dividend | M | T | Distributed<br>(part) | 11/17/20 | J | | |
| 168. | | | | | Distributed<br>(part) | 11/17/20 | J | | |
| 169. -Common, Walt Disney Co. | A | Dividend | K | T | | | | | |
| 170. -Fidelity Govt. Money Market | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Fidelity Investment Acct. (H): | | | | | | | | | |
| 172.  -Fidelity Blue Chip Growth | | None | | | Sold | 03/12/20 | K | | |
| 173.  -Fidelity Puritan | | None | K | T | Buy | 12/21/20 | K | | |
| 174.  -Fidelity OTC Port | B | Distribution | K | T | | | | | |
| 175.  -Fidelity Select Software & IT SRVC | A | Distribution | J | T | | | | | |
| 176.  -Fidelity MMKT Premium Class | A | Int./Div. | K | T | Sold (part) | 09/09/20 | M | | |
| 177.  -Fidelity Core Acct. | | None | J | T | | | | | |
| 178.  Fidelity Rollover IRA (H): | | | | | | | | | |
| 179.  -Fidelity 500 Index Fund | B | Dividend | K | T | Buy | 01/22/20 | K | | |
| 180. | | | | | Sold | 03/13/20 | K | | |
| 181. | | | | | Buy | 09/08/20 | K | | |
| 182.  -Fidelity Small Cap Growth | C | Distribution | K | T | Buy | 10/20/20 | J | | |
| 183. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 184.  -Morgan Stanley Growth Portfolio A | | None | K | T | Buy | 12/18/20 | K | | |
| 185.  -Morgan Stanley Discovery Port CL A | | None | K | T | Buy | 12/21/20 | K | | |
| 186.  -Rydex NASDAQ 100 Inv Class | A | Distribution | K | T | Buy | 09/09/20 | J | | |
| 187. | | | | | Buy (add'l) | 12/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marvel, L Paige** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -Fidelity Puritan | | None | | | Sold<br>(part) | 05/14/20 | K | | |
| 189. | | | | | Distributed | 06/10/20 | J | | |
| 190.  -Fidelity OTC Port | | None | | | Sold<br>(part) | 05/14/20 | M | E | |
| 191. | | | | | Distributed | 06/10/20 | J | | |
| 192.  -Fidelity Select Health Care | | None | | | Distributed | 06/10/20 | L | | |
| 193.  -Fidelity Select Med Technology & Devices | | None | | | Distributed | 06/10/20 | K | | |
| 194.  -T. Rowe Price Blue Chip Growth Inc. | | None | | | Distributed | 06/10/20 | L | | |
| 195.  -T. Rowe Price Dividend Growth | A | Dividend | | | Sold | 03/13/20 | L | | |
| 196.  -T. Rowe Price Dividend Growth | A | Dividend | K | T | Buy | 12/01/20 | K | | |
| 197.  -Fidelity Capital & Income | B | Dividend | | | Sold | 03/20/20 | K | | |
| 198.  -Fidelity Investment Grade | C | Distribution | L | T | Buy | 07/20/20 | K | | |
| 199. | | | | | Buy<br>(add'l) | 07/30/20 | K | | |
| 200.  -Fidelity Total Bond | C | Dividend | L | T | Buy<br>(add'l) | 05/18/20 | L | | |
| 201. | | | | | Sold<br>(part) | 07/20/20 | K | B | |
| 202. | | | | | Sold<br>(part) | 07/30/20 | K | D | |
| 203.  -Fidelity Inter Treasury Bond Index Fund | A | Distribution | K | T | Buy | 06/02/20 | K | | |
| 204.  -Guggenheim Investment Grade Bond CL P | A | Dividend | | | Sold | 01/10/20 | L | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -T. Rowe Price Global Multisector Bond Fund | B | Dividend | | | Sold | 05/15/20 | L | B | |
| 206. -Thompson Bond Fund | | None | | | Buy (add'l) | 01/14/20 | L | | |
| 207. | | | | | Sold | 03/17/20 | L | | |
| 208. -Vanguard High Yield Corp Investor CL | B | Dividend | K | T | | | | | |
| 209. -Vanguard Short Term Investment Grade Investor CL | A | Dividend | K | T | | | | | |
| 210. -Fidelity MMKT Premium Class | B | Dividend | N | T | Sold (part) | 01/22/20 | K | | |
| 211. | | | | | Buy (add'l) | 03/20/20 | K | | |
| 212. | | | | | Buy (add'l) | 05/14/20 | K | | |
| 213. | | | | | Buy (add'l) | 05/14/20 | M | | |
| 214. | | | | | Sold (part) | 06/05/20 | K | | |
| 215. | | | | | Distributed (part) | 06/10/20 | M | | |
| 216. | | | | | Sold (part) | 10/20/20 | J | | |
| 217. | | | | | Sold (part) | 10/21/20 | K | | |
| 218. | | | | | Sold (part) | 12/17/20 | K | | |
| 219. | | | | | Sold (part) | 12/17/20 | J | | |
| 220. | | | | | Sold (part) | 12/17/20 | J | | |
| 221. -Vanguard Mid-Cap Index Fund | A | Dividend | K | T | Buy | 10/21/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Vanguard Sector Index FDS Health Care Vipers | A | Dividend | | | Distributed | 06/10/20 | J | | |
| 223. -Vanguard Sector Index FDS Industrial Vipers | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 224. -Vanguard World FDS Vanguard Information Technology ETF | A | Dividend | | | Distributed | 06/10/20 | J | | |
| 225. -Core Account (FDIC Insured Bank Accts.) | A | Int./Div. | J | T | Buy (add'l) | 01/10/20 | L | | |
| 226. | | | | | Buy (add'l) | 03/13/20 | M | | |
| 227. | | | | | Buy (add'l) | 03/17/20 | L | | |
| 228. | | | | | Buy (add'l) | 05/15/20 | K | | |
| 229. | | | | | Buy (add'l) | 05/15/20 | K | | |
| 230. | | | | | Sold (part) | 05/18/20 | K | | |
| 231. | | | | | Sold (part) | 09/09/20 | J | | |
| 232. | | | | | Sold (part) | 12/01/20 | K | | |
| 233. | | | | | Buy (add'l) | 12/17/20 | K | | |
| 234. | | | | | Sold (part) | 12/18/20 | K | | |
| 235. | | | | | Sold (part) | 12/21/20 | K | | |
| 236. | | | | | Sold (part) | 12/21/20 | K | | |
| 237. Fidelity Roth IRA (opened June 2020) (H): | | | | | | | | | |
| 238. -Fidelity Int'l Growth Fund | A | Dividend | K | T | Buy | 06/12/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  -Fidelity 500 Index Fund | A | Dividend | K | T | Buy | 09/08/20 | K | | |
| 240.  -Fidelity Puritan | B | Dividend | K | T | Open | 06/10/20 | J | | |
| 241. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 242. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 243.  -Fidelity OTC PORT | B | Distribution | K | T | Open | 06/10/20 | J | | |
| 244. | | | | | Buy (add'l) | 09/08/20 | K | | |
| 245.  -Fidelity Select Health Care | D | Distribution | L | T | Open | 06/10/20 | L | | |
| 246.  -Fidelity Select Med Technology & Devices | B | Distribution | L | T | Open | 06/10/20 | K | | |
| 247.  -Fidelity Select Software & IT SRVC | A | Distribution | K | T | Open | 06/10/20 | K | | |
| 248.  -T Rowe Price Blue Chip Growth Inc | A | Distribution | L | T | Open | 06/10/20 | L | | |
| 249.  -Rydex NASDAQ 100 Inv Class | A | Distribution | K | T | Buy | 09/08/20 | J | | |
| 250. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 251.  -Fidelity MMKT Premium Class | A | Dividend | M | T | Open | 06/10/20 | M | | |
| 252. | | | | | Sold (part) | 09/08/20 | K | | |
| 253. | | | | | Sold (part) | 09/08/20 | K | | |
| 254. | | | | | Sold (part) | 12/17/20 | J | | |
| 255.  -ARK ETF Genomic Rev ETF | A | Distribution | J | T | Buy | 10/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. -Invesco QQQ TR Unit SER 1 | A | Dividend | K | T | Buy | 09/25/20 | J | | |
| 257. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 258. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 259. -Vanguard Sector Index FDS Vanguard Health Care Vipers | A | Dividend | J | T | Open | 06/10/20 | J | | |
| 260. -Vanguard World FDS Vanguards Information Technology ETF | A | Dividend | K | T | Open | 06/10/20 | J | | |
| 261. -Fidelity Core Acct. | A | Dividend | J | T | Buy | 06/11/20 | L | | |
| 262. | | | | | Sold (part) | 06/12/20 | K | | |
| 263. | | | | | Sold (part) | 09/25/20 | J | | |
| 264. | | | | | Sold (part) | 12/22/20 | J | | |
| 265. Vanguard Investment Acct. (H): | | | | | | | | | |
| 266. -Shares, Balanced Index Fund | A | Distribution | K | T | | | | | |
| 267. -Shares, 500 Index Admiral CL | A | Dividend | K | T | Buy (add'l) | 08/04/20 | J | | |
| 268. -Shares, Prime Money Mkt. Fund | A | Int./Div. | J | T | | | | | |
| 269. -Shares, Wellington Investor CL | A | Dividend | | | Sold | 08/04/20 | J | | |
| 270. -Shares, IShares Technology ETF | A | Dividend | K | T | | | | | |
| 271. 529 Acct. - Vanguard (▓▓▓): Income Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2020 Report, Part VII: For certain investments paying both dividends and capital gains distributions, the income has been aggregated and shown as distributions to simplify reporting.

2020 Report, Part VII, lines 50-52, 57,58, 59,60, 62, 74, 89, 124, 126, 128, 130-148: During April - June, 2020,            did a Roth IRA conversion with respect to some of his IRA investments. The investments distributed and then transferred to the newly opened Roth IRA are shown as distributions out of the pertinent IRA accounts and transfers (open) into the Roth IRA account.

2020 Report, Part VII, lines 188-194, 215, 222 and 224: In June 2020, I did a Roth IRA conversion with respect to some of my IRA investments. The investments distributed and then transferred to the newly opened Roth IRA account are shown as distributions from the traditional IRA account and transfers into (open) the Roth IRA account.

2020 Report, Part VII, lines 11, 19-20, 36-37, 38: These assets were transferred from an RBC account to a Fidelity account. Part of one of the assets was then contributed to the Fidelity charitable fund.

2019 Report, Part VII, line 35: This asset was sold in 2019 but was mistakenly shown as only sold in part. The asset was not owned during 2020 and is not reported on the 2020 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ L Paige Marvel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544